DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JUSTIN PANTZER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-3356

[April 29, 2026]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; William L. Roby, Judge; L.T. Case No. 432007CF001105CFAXMX.

Justin Pantzer, Lake City, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed. See Wainwright v. State,* 411 So. 3d 392 (Fla. 2025), cert. denied, ___ U.S. ___, 145 S.Ct. 2789 (2025) (holding that even if *Erlinger v. United States,* 602 U.S. 821 (2024)*,* constitutes a change of law, it does not apply retroactively); *see also Maye v. State,* 368 So. 3d 531, 532 (Fla. 6th DCA 2023), *rev. granted,* No. SC2023-1184, 2024 WL 1796831 (Fla. Apr. 25, 2024).

KUNTZ, C.J., FORST and SHEPHERD, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***